UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AVA GORDON,

    Plaintiff,

v.

                                 Case No. 1:22-cv-133

                                 Hon. Hala Y. Jarbou

ALLSTATE INSURANCE,

    Defendant.
_____/

## ORDER

On March 23, 2022, Magistrate Judge Phillip J. Green issued a Report and Recommendation (R&R) recommending that the Court dismiss Plaintiff's action against Allstate Insurance. Before the Court is Plaintiff's objection to the R&R (ECF No. 13).

> The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.

Fed. R. Civ. P. 72(b)(3).

The R&R concluded that Plaintiff's Complaint (ECF No. 1) failed to state a claim on which relief may be granted, and Plaintiff's Amended Complaint (ECF No. 9) failed to correct the deficiencies in her original complaint. Plaintiff's objection contains mainly rhetorical questions that do not properly address the issues raised in the R&R. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that Plaintiff's objection (ECF No. 13) is **OVERRULED**.

2

**IT IS FURTHER ORDERED** that the R&R (ECF No. 11) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Court **CERTIFIES** that an appeal would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

The Court will enter a judgment dismissing the case without prejudice for failure to state a claim.

Date:   April 21, 2022                      /s/ Hala Y. Jarbou
                                            HALA Y. JARBOU
                                            UNITED STATES DISTRICT JUDGE